IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17MJ121 |
| Plaintiff, | : | |
| vs. | : | DISMISSAL ORDER |
| KEEYON D. BRENT | : | |
| Defendant. | : | |

Upon Motion of United States pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure and for good cause shown, the Criminal Complaint and Arrest Warrant filed on March 27, 2017, against KEEYON D. BRENT is hereby dismissed without prejudice.

DATE: 5/2/17

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE

FILED
17 MAY -2 AM 10: 10
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE